UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:06-cr-118 |
| v. | ) *Judge Mattice* |
| | ) |
| UNTWON D. ZACHARY | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Court hereby **OVERRULES** Defendant's Objections [Court Doc. No. 18], **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Court File No. 17] pursuant to 28 U.S.C. § 636(b)(1), and **DENIES** Defendant's Motion to Suppress Search of Defendant [Court File No. 12].

**SO ORDERED.**

**ENTER:**

*s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE